IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00452-MSK-MEH

DARRELL HAVENS,

    Plaintiff,

v.

TOM CLEMENTS, in his individual and official capacities,
CARMEN MEYERS, in her individual and official capacities,
JAIME HARRELSON, in her individual and official capacities,
WONDA JACOBS, in her individual and official capacities,
KIMBERLY BOYDIN, in her individual and official capacities,
HERMELLA ASSEFA, in her individual and official capacities,
EMANUEL OKAI, in his individual and official capacities, and
PHYSICIANS HEALTHCARE PARTNERS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2014.**

    Plaintiff's Motion to Have a Forthwith Hearing and Leave to Motify [sic] Additional Defendants [filed January 24, 2014; docket #68] is **denied**. Although difficult to discern, the motion appears to seek an immediate "hearing" on Plaintiff's claims in this case. However, a stay of these proceedings was imposed on September 30, 2013, pending resolution of the Defendants' motions to dismiss, which are currently before the Honorable Marcia S. Krieger upon this Court's recommendations. In accordance with the September 30, 2013 order, once Judge Krieger rules on the recommendations, this Court will determine whether and when to set a scheduling conference in this case.

    The motion's title also suggests that Plaintiff seeks leave to "modify additional defendants." However, Plaintiff fails to name any such new defendants or provide any information about them. Thus, to the extent the Plaintiff's motion may be construed as seeking to add or modify parties and/or claims, the Court reminds the Plaintiff that he may seek to amend his pleading in accordance with Fed. R. Civ. P. 15.