IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00452-MSK-MEH

DARRELL HAVENS,

    Plaintiff,

v.

RICK RAEMISCH, in his official capacity as CDOC Executive Director,
TOM CLEMENTS, in his individual capacity,
WONDA JACOBS, in her individual capacity,
HERMELLA ASSEFA, in her individual capacity,
EMANUEL OKAI, in his individual capacity, and
KIMBERLY BOYDIN, in her individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 22, 2014.**

    For good cause shown, Plaintiff's Unopposed Motion to Modify the Scheduling Order with Respect to Deadlines for Expert Witness Disclosures [filed July 21, 2014; docket #102] is **granted**. The Scheduling Order shall be modified as follows:

Initial expert designation:    August 4, 2014
Rebuttal expert designation:    September 4, 2014
Discovery cutoff:    October 3, 2014

All other deadlines and conference dates shall remain the same.