IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00452-MSK-MEH

DARRELL HAVENS,

    Plaintiff,

v.

RICK RAEMISCH, in his official capacity as CDOC Executive Director,
TOM CLEMENTS, in his individual capacity,
WONDA JACOBS, in her individual capacity,
HERMELLA ASSEFA, in her individual capacity,
EMANUEL OKAI, in his individual capacity, and
KIMBERLY BOYDIN, in her individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 7, 2014**.

    For good cause shown, Plaintiff's second Unopposed Motion to Modify the Scheduling Order with Respect to Deadlines [filed August 4, 2014; docket #105] and Defendants' unopposed Motion to Supplement Plaintiff's Unopposed Motion to Modify the Scheduling Order [filed August 5, 2014; docket #106] are **granted**. The Scheduling Order shall be modified as follows:

Initial expert designation:    September 18, 2014
Rebuttal expert designation:  October 20, 2014
Discovery cutoff:    November 17, 2014
Dispositive motions due:    December 29, 2014

The Court will grant no further extensions of these deadlines absent a showing of exceptional cause. Any other deadlines and conference dates in this case shall remain the same.