IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00452-MSK-MEH

DARRELL HAVENS,

      Plaintiff,

v.

RICK RAEMISCH, in his official capacity as CDOC Executive Director,
TOM CLEMENTS, in his individual capacity,
WONDA JACOBS, in her individual capacity,
HERMELLA ASSEFA, in her individual capacity,
EMANUEL OKAI, in his individual capacity, and
KIMBERLY BOYDIN, in her individual and official capacities,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 1, 2014**.

      For exceptional cause shown, Plaintiff's fourth Unopposed Motion to Modify the Schedul[ing] Order with Respect to Deadlines [filed October 1, 2014; docket #114] is **granted**. The Scheduling Order shall be modified as follows:

| | |
|---|---|
| Initial expert designation: | October 20, 2014 |
| Rebuttal expert designation: | November 20, 2014 |
| Discovery cutoff: | December 17, 2014 |
| Dispositive motions due: | January 29, 2015 |

The Court understands that the technical difficulties with Defendants' counsel's computer were out of the parties' control and have caused the majority of delays, and now have been fixed. Based upon the age of this case, this Court will be very reluctant to grant any further extensions of these deadlines; accordingly, the parties shall work diligently to complete discovery within the deadlines set forth in this order.