IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00452-MSK-MEH

DARRELL HAVENS,

    Plaintiff,

v.

RICK RAEMISCH, in his official capacity as CDOC Executive Director,
TOM CLEMENTS, in his individual capacity,
WONDA JACOBS, in her individual capacity,
HERMELLA ASSEFA, in her individual capacitym
EMANUAL OKAI, in his individual capacity, and
KIMBERLY BOYDIN, in her individual and official capacities

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order (**Doc. #132, #134, #135**), filed on August 3, 2015 and October 1, 2015, and the Opinion and Order Granting in Part and Denying in Part Motion for Summary Judgment, (**Doc. #133**) filed on on August 6, 2015, by Chief Judge Marcia S. Krieger, it is

ORDERED that:

Judgment is entered against the plaintiff and in favor of defendants. The claims against defendants Clements, Jacobs, Assefa and Okai are DISMISSED. The claims against defendant Boydin are DISMISSED without prejudice pursuant to Rule 4(m).

The case is closed.

Dated this 1st day October, 2015.

                                  ENTERED FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  s/Patricia Glover
                                    Deputy Clerk